UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ROBERT HUIZENGA,                                          :

              Plaintiff,                              :        ORDER

   -v.-                                                  :
                                                               17 Civ. 2113 (LTS) (GWG)
NYP HOLDINGS, INC.  et al.,                               :

           Defendants.                              :
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     For the reasons discussed in telephone conferences held today with the counsel for the

parties, the settlement conference scheduled for August 15, 2017 at 9:30 a.m. is adjourned <u>sine</u>

<u>die</u>.

     SO ORDERED.

Dated: August 10, 2017
      New York, New York

                                   GABRIEL W. GORENSTEIN
                                United States Magistrate Judge