UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ROBERT HUIZENGA,

       Plaintiff,

  -v-                                              No.  17-CV-2113-LTS-GWG

NYP HOLDINGS, INC. d/b/a the New York
Post, JOELLE GWYNN and DOES 1-20,

       Defendants.

----------------------------------------------------------x

ORDER

The Court has received a facsimile submission dated August 12, 2019, from Defendant Joelle Gwynn.  Because the submission relates to attorney-client communications and other defense considerations, the Court will file the submission under seal and will provide a copy to counsel of record for Ms. Gwynn.  Ms. Gwynn's counsel of record is directed to serve a copy of this Order upon her promptly, and Ms. Gwynn and her counsel are directed to confer regarding the substance of her submission and the status of Ms. Gwynn's representation in light of the information discussed therein.  Upon conferring with their client, counsel for Ms. Gwynn is directed to file, no later than **September 11, 2019**, a statement addressed to Magistrate Judge Gorenstein advising the court whether they wish to pursue their request (docket entry no. 102) to be relieved as counsel of record.  The Court hereby stays Ms. Gwynn's deadline to file submissions in opposition to Plaintiff's pending motion for leave to file a Third Amended

Complaint (docket entry no. 103) pending the filing of Ms. Gwynn's counsel's statement regarding the status of her representation and further order of the court.

    SO ORDERED.

Dated: New York, New York
       August 15, 2019

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge