USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HUIZENGA,

    Plaintiff,

v.

NYP HOLDINGS, INC. d/b/a the *New York Post*, JOELLE GWYNN and DOES 1-20,

    Defendants.

No. 17-CV-2113

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for Plaintiff Robert Huizenga and Defendant NYP Holdings, Inc. ("NYP"), that the above-captioned action is dismissed with prejudice as against Defendant NYP pursuant to FRCP 41(a)(1)(A)(ii), and without costs to any party.

Dated: New York, New York
      February 24, 2020

TARTER KRINSKY & DROGIN LLP

By: _____
    Mark J. Rosenberg

1350 Broadway
New York, NY 10018
(212) 216-1127
mrosenberg@tarterkrinsky.com

*Attorneys for Plaintiff Robert Huizenga*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Robert D. Balin

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
robertbalin@dwt.com

*Attorneys for Defendant NYP Holdings, Inc.*

SO ORDERED:

_____ 2/24/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE